■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN JONES, Appellant. [696 NYS2d 902] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered December 20, 1996, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of depraved

indifference murder beyond a reasonable doubt. Moreover, upon the exercise of our factual review power we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). S. Miller, J. P., Ritter, Florio and H. Miller, JJ., concur.